UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE NIEBLA,

    Plaintiff,

vs.                                                CASE NO. 5:08cv303/RS/MD

MENTAL HEALTH SERVICE

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is dismissed without prejudice. Plaintiff must pay the $350.00 filing fee in order to refile this claim.

3.     The clerk is directed to close the file.

**ORDERED** on November 7, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**